AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Greivin Delgado

*Plaintiff*

v.                                                                   Civil Action No.     1:11-269-MBS

Felicia Skinner, Field Director, Bureau of Immigration and Customs Enforcement (ICE) Atlanta Field Office; Janet Napolitano, Secretary of the Homeland Security (DHS); John Morton, Assistant Secretary, Department of Homeland Security (ICE); Eric Holder, Attorney General, United States of America Verizon Wireless

*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Greivin Delgado, take nothing of the defendants, and this action is dismissed without prejudice, on the grounds of mootness.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding.  The Court having granted the plaintiff's motion to dismiss.

Date:    April 28, 2011                                                    *CLERK OF COURT*

                                                                                           s/Angie Snipes
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*